HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDREW WONG, Bar #308269
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare St. Ste. 330
Fresno, CA 93721
Telephone: 559-487-5561
Fax: 559-487-5950

Attorney for Defendant
Douglas L. Cooper

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:17-po-81-JLT |
| Plaintiff, | STIPULATION TO ALLOW FIXED-SUM PAYMENT IN LIEU OF APPEARANCE; ORDER THEREON |
| vs. | |
| DOUGLAS L. COOPER, | (Doc. 7) |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Ty Davis, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Douglas L. Cooper, that this case shall be resolved by payment of a fixed-sum in lieu of Douglas L. Cooper's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410.

Douglas L. Cooper agrees to pay a $50.00 fine and $30.00 processing fee, for a total of $80.00 on or before July 1, 2017. Payment shall be made to the Central Violations Bureau. Upon payment, the parties agree that the status conference currently scheduled for July 11, 2017 will be vacated, and the Government will move for a dismissal of this case in the interest of justice.

/ / /

/ / /

/ / /

| | |
|---|---|
| | Respectfully submitted, |
| | Phillip Talbert<br>Acting United States Attorney |
| Date: May 23, 2017 | */s/ Ty Davis*<br>Ty Davis<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: May 23, 2017 | */s/ Andrew Wong*<br>Andrew Wong<br>Assistant Federal Defender<br>Attorney for Defendant<br>Douglas L. Cooper |

**O R D E R**

Defendant Douglas L. Cooper is ordered to pay a $50.00 fine and a $30.00 processing fee, for a total financial obligation of $80.00. The entire financial obligation must be paid in full by July 1, 2017. If Douglas L. Cooper has paid his financial obligation in full by July 1, 2017, the status conference scheduled for July 11, 2017 will be vacated and the case will be terminated.

IT IS SO ORDERED.

Dated: **May 24, 2017**  　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE